MARY CLARKE, Respondent, v. EVA LEVINE and LOUIS LEVINE, Appellants.— Action to recover damages for personal injuries sustained by plaintiff, a tenant in defendants' apartment house, who, while ascending an unlighted stairway, became weak, lost her balance and fell. Judgment of the City Court of Yonkers, entered on the verdict of a jury in favor of plaintiff, and order, in so far as it denies defendants' motion to set aside the verdict and for a new trial, reversed on the law and the facts and a new trial ordered, with costs to abide the event. While the proof is ample to support the verdict in favor of the plaintiff, her conduct during the trial tended to prejudice the rights of the defendants and prevented them from having a fair and impartial hearing. In the interest of justice there should be a new trial free from disturbances caused by such conduct. Lazansky, P. J., Carswell, Adel, Taylor and Close, JJ., concur.

CLEMENTE CONTRACTING Co., INC., Respondent, v. THE CITY OF NEW YORK, Appellant.— In an action brought by a contractor against a municipality to recover damages for alleged breach of a contract to construct a sanitary sewer, order denying defendant's motion for judgment on the pleadings dismissing the complaint, pursuant to rule 112 of the Rules of Civil Practice, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ., concur.